**\*\*NOT FOR PRINTED PUBLICATION\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KATHLEEN TROY-RUCKER, | § | |
| H. RUSSELL RUCKER, and | § | |
| EDWINA F. TROY, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| V. | § | CASE NO. 4:13cv613 |
| | § | Judge Clark/Judge Mazzant |
| OCWEN LOAN SERVICING, LLC, | § | |
| ET AL., | § | |
| | § | |
| *Defendants.* | § | |

# ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 20, 2013, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiffs' case be dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court.

It is, therefore, **ORDERED** that Plaintiffs' case is dismissed for failure to prosecute pursuant to Fed. R. Civ. P. 41(b).

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** on January  17 , 2014.

                                            Ron Clark, United States District Judge